# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 97
The People &c.,
  Respondent,
  v.
Lance Rodriguez,
  Appellant.

Hannah Kon, for appellant.
Mariana Zelig, for respondent.
Alice Ristroph et al.; Transportation Alternatives et al., amici curiae.

Reargument ordered for a future Court session. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided November 22, 2022